# Court of Appeals
# of the State of Georgia

ATLANTA,____June 15, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1866.  THE GIBSON LAW FIRM, LLC v. MILLER BUILT HOMES, INC.

In 2013, the trial court awarded attorney fees under OCGA § 9-15-14 to Miller Built Homes, Inc. against Catherine Gibson McCauley and The Gibson Law Firm. We granted the application for discretionary appeal filed by McCauley and the firm, and we vacated the fee award and remanded the case with direction to the trial court. *Gibson Law Firm, LLC v. Miller Built Homes*, 327 Ga. App. 688 (761 SE2d 95) (2014).  After rehearing the matter, the trial court entered a new fee award against McCauley and the firm.  The firm now appeals that award directly to this Court.  But appeals from orders granting attorney fees under OCGA § 9-15-14 must be made by discretionary application.  See OCGA § 5-6-35 (a) (10).  The firm's failure to comply with the discretionary review procedure deprives us of jurisdiction over this appeal. See *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840 (560 SE2d 730) (2002). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*____06/15/2015____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*